[No. 37158-8-II.   Division Two.   March 17, 2009.]

JOLEE MERCER, *Appellant*, v. RICKY BIRCH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-2-01352-8, John F. Nichols, J., entered November 16, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.

[No. 37186-3-II.   Division Two.   March 17, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND ALLAN SEVERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-1-00517-9, Stephen M. Warning, J., entered December 5, 2007. *Reversed* and *remanded* by unpublished opinion per Penoyar, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 37253-3-II.   Division Two.   March 17, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW CARL STRICK, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-01389-9, Richard A. Strophy, J., entered January 10, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 37564-8-II.   Division Two.   March 17, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANNON RENEE CULBERTSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-03955-6, Vicki L. Hogan, J., entered March 7, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Quinn-Brintnall, JJ.